21

FROM: BENJAMIN BEIGHTOL #54938-039
      FCI MANCHESTER
      P.O. BOX 4000
      MANCHESTER, KY. 40962

OCT. 4TH, 2020



FILED
OCT 22 2020
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

TO: HONORABLE JUDGE JUDITH E. LEVY
    UNITED STATES DISTRICT COURT
    FOR THE EASTERN DISTRICT OF MICHIGAN
    THEODORE LEVIN UNITED STATES COURTHOUSE
    231 WEST LAFAYETTE BLVD.
    DETROIT, MI. 48226


RE: COMPASSIONATE RELEASE DUE TO COVID-19
    DOCKET NUMBER: 0645 5:14CR20425

         I AM WRITING BECAUSE I WOULD LIKE TO
    REQUEST/OR FILE FOR COMPASSIONATE RELEASE
    DUE TO COVID-19, WHICH DUE TO MY INCARCERATION,
    GREATLY AFFECTS NOT ONLY MY LIFE, BUT THE LIVES
    OF MY FAMILY. AND DUE TO THE LACK OF SAFETY
    IN THE B.O.P. FROM COVID-19, ALSO WHICH UNDER
    THE CARES ACT, THE B.O.P. CAN NOW SEND ANYONE
    HOME, AND HAVE LIFTED THE 10%/6 MONTH LIMITATION.
         I DO NOT HAVE THE LEGAL EXPERTISE TO
    FILE A MOTION, AND DUE TO COVID-19 I DO NOT

no envelope attached - 10/28/20 DJ - OF 7

HAVE ACCESS TO A LAW LIBRARY. SO I ALSO ASK FOR THIS HONORABLE COURT TO APPOINT ME LEGAL REPRESENTATION.

I WROTE THE WARDEN (J. GILLEY) FIRST REQUESTING THIS ON 8-19-20. WHICH I WAITED OVER 30 DAYS FOR A RESPONSE, AND HAVE RECEIVED NONE. (SEE ENCLOSED 4 PAGE LETTER)

COVID-19 AFFECTS PRISON INMATES 5 TIMES MORE THAN OUTSIDE. IF I WAS TO PASS DUE TO COVID-19 WHILE INCARCERATED IT WOULD GREATLY AFFECT MY FAMILY.

AS YOU KNOW OR MAY REMEMBER I HAVE A FIANCÉE (T'MANDA HILT), AND 4 YOUNG CHILDREN (CRUZ & JULIAN RAMIREZ, ALONZO & BENICIO BEIGHTOL). WHICH ARE ALL RAISED UNDER THE SAME HOUSEHOLD.

SINCE MY INCARCERATION MY SON ALONZO BEIGHTOL HAS BEEN DIAGNOSED WITH MILD AUTISM, AND SUFFERS FROM BEHAVIORAL PROBLEMS, WHICH ACCORDING TO HIS THERAPIST STEM FROM ME BEING GONE (INCARCERATED).

ALSO SINCE MY INCARCERATION MY FIANCÉE T'MANDA HILT WENT BACK TO SCHOOL AND FINISHED WITH HONORS. SHE HAS BEEN TRYING TO GET INTO THE MEDICAL FIELD, BUT DUE TO MY INCARCERATION AND THE

COVID-19 PANDEMIC, IT HAS BEEN CONSIDERABLY HARD ON HER. SHE HAS STRUGGLED WITH MAINTAINING EMPLOYMENT, DUE TO NOT HAVING A RELIABLE BABYSITTER, AND EVEN MORE SO NOW CAUSE OF COVID-19. SHE HAS NOT WORKED A FULL TIME JOB SINCE MY INCARCERATION.

A BRIEF MEDICAL HISTORY OF MYSELF, WHEN I WAS AN EARLY TEEN, I HAD BACTERIAL PNEUMONIA IN MY LUNGS AND WAS HOSPITALIZED, WHICH SCARRED MY LUNGS. (THIS WAS AT A HOSPITAL IN THE BERRIEN COUNTY MI. HEALTH SYSTEM),
I ALSO SUFFER FROM HYPOTHYROIDISM.

IT IS KNOWN THE B.O.P. SUFFERS FROM THE LACK OF PROPER MEDICAL CARE OR TREATMENT. IF YOU REQUEST MY MEDICAL FILE YOU WILL SEE I TURNED IN A "SICK CALL" ON 8-30-20, 9-4-20, & 9-9-20 STATING I WAS HAVING DIZZY SPELLS & FAR LEFT SIDE CHEST PAINS. YOU WOULD THINK AFTER MY FIRST REQUEST I WOULD OF BEEN SEEN, BUT NO. I PUT IN 3 REQUESTS, AND WAS NOT SEEN TILL AROUND 9-22-20. WHICH WAS FOUND THAT BOTH MY EARDRUMS WERE SWOLLEN, AND MY CHEST PAINS WERE OVERLOOKED.
SO ITS CLEAR THAT IF I WAS TO GET COVID-19 MY OVERALL CARE WOULD NOT BE GREAT.

AND YOU CAN SEE THERE IS COVID-19 HERE AT
MANCHESTER.

A BRIEF INSTITUTIONAL HISTORY, I HAVE <u>NOT</u>
RECEIVED ANY DISCIPLINARY REPORTS IN THE
B.O.P.
    I HAVE ALSO COMPLETED THE FOLLOWING PROGRAMS:
- MANGA ART CLASS
- ATLANTA DCU PARENTING CLASS
- ACE CLASS MODERN MARVELS
- ACE CLASS NON VERBAL COMMUNICATION
- ACE CLASS MUSIC APPRECIATION
- ACE CLASS EMPIRES
- COMMERCIAL DRIVER LICENSE 1
- FDIC FINANCIAL EDUCATION
- ACE CLASS CHOLESTEROL
- ACE CLASS FITNESS ASSESSMENT
- ACE CLASS ATHLETES EFFICIENT HEARTS
- PSYCHOLOGY PRISON GAMBLING CLASS
- ACE CLASS MANAGE STRESS
- ACE CLASS - FAMILY   (WHICH I JUST COMPLETED)

    ALSO PRIOR TO THE LOCKDOWN I WAS ½ DAY AWAY
FROM COMPLETING THE DRUG EDUCATION CLASS, AND WAS

ENROLLED TO START THE COLLEGE CULINARY ARTS CLASS/
PROGRAM. AND I AM SIGNED UP FOR THE NON-RES
DRUG PROGRAM AND THE NATIONAL PARENTING CLASS,
WHICH Im on THE WAITING list FOR BOTH.

I HAVE ALSO MAINTAINED A JOB WHILE INCARCERATED,
I WORK FOR FACILITIES, AND RECEIVE GOOD WORK REPORTS.

MY RELEASE PLAN, IS TO LIVE WITH MY FIANCEÉ
AND CHILDREN, AT 348 JOSEPHINE, DETROIT, MI. 48202.
WHICH IS on THE NORTH END OF THE CITY, NOT
SOUTHWEST.
I HAVE A GREAT RESUME AND WORK HISTORY PRIOR
TO INCARCERATION, AND I KNOW WILL BE EASY TO GET
BACK INTO THAT FIELD, I'VE BEEN A TEAM LEADER AND
A SUPERVISOR BEFORE.
MY FIANCEÉ AND I WILL BALANCE OUR WORK
SCHEDULES AS BEFORE, WHICH WILL ALLOW US BOTH TO
WORK FULL-TIME AND MAINTAIN OUR HOUSEHOLD.
ONCE OUT, IT IS OUR PLAN TO RELOCATE AWAY
FROM DETROIT, TO NASHVILLE TENNESSEE.
MY FIANCEÉ'S MOTHER, GRANDMOTHER, AND BROTHER
HAVE ALREADY. RELOCATED DOWN THERE YEARS AGO, AND HAVE
A GREAT FOUNDATION, AND THERE'S BETTER JOB
OPPORTUNITIES WHICH IVE ALREADY LOOKED INTO.

I Also will BE Going TO SCHOOl FOR A TRADE.

I HAVE Also BEEN IN CONTACT WITH OAKlAND COUNTY mi. ClERK, AND I WIll BE GETTING MY RECORD FOR POSSESSION OF MARIjuANA, AND DISORDERly PERSON Fully EXPUNGED NEXT YEAR (AT THE 5 YEAR mARK). WHICH WIll ClEAR up mOST OF my ADult RECORD.

Also PRIOR TO INCARCERATION I WAS AlREADY IN THE PROCESS OF GETTING my GANG TATTOOS REMOVED, AND upON RELEASE I WIll FINISH THAT PROCESS. NOT ONly CAUSE Im DONE WITH THAT lIFESTYle, But Also TO BETTER my CAREER, AND NOT BE plAGUED By THEM.

I HAVE A GREAT FAMIly, AND SUPPORT SYSTEM, AND WOUld GREATly APPRECIATE THE OPPORTUNITY TO Help my FAMIly DURING THESE TIMES, & TO BE IN A SAFER ENVIRONMENT DURING THE COVID-19 PANDEMIC, WITH BETTER ACCESS TO AND BETTER MEDICAl CARE.

THANK YOU YOUR HONOR FOR YOUR TIME, YOUR CONSIDERATION IN THIS MATTER WIll BE GREATly APPRECIATED.

INCLUDED ATTACHMENTS:

- INMATE EDUCATION DATA TRANSCRIPT : 1 PAGE
- INDIVIDUALIZED NEEDS PLAN - PROGRAM REVIEW: 2 PAGES
- BOP PSYCHOLOGY SERVICES GROUP PARTICIPATION: 1 PAGE
- FIRST STEP ACT - ELIGIBLE            : 1 PAGE
- APRIL 2020 CULINARY ARTS CLASS ROSTER : 1 PAGE
- INMATE DISCIPLINE DATA            : 1 PAGE
- MALE CUSTODY CLASSIFICATION FORM : 1 PAGE
- SENTENCE MONITORING COMPUTATION DATA : 2 PAGES
- LETTER TO WARDEN J. GILLEY ON 8-19-20 : 4 PAGES.

DOCKET NO: 0645  5:14CR20425

RESPECTFULLY YOURS,

BENJAMIN BEIGHTOL #54938-039
FCI MANCHESTER
P.O. BOX 4000
MANCHESTER, KY. 40962

X Ben Beightol #54938-039

```
MANFY           *          INMATE EDUCATION DATA        *      09-11-2020
PAGE 001 OF 001 *                  TRANSCRIPT           *      11:03:00

REGISTER NO: 54938-039      NAME..: BEIGHTOL                    FUNC: PRT
FORMAT.....: TRANSCRIPT      RSP OF: MAN-MANCHESTER FCI
```

```
-------------------------- EDUCATION INFORMATION --------------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME STOP DATE/TIME
MAN   ESL HAS    ENGLISH PROFICIENT          09-11-2018 0851 CURRENT
MAN   GED HAS    COMPLETED GED OR HS DIPLOMA  09-11-2018 0851 CURRENT
```

```
--------------------------- EDUCATION COURSES -----------------------------
SUB-FACL     DESCRIPTION                  START DATE  STOP DATE EVNT AC LV  HRS
MAN          ACE MANAGE STRESS PACKET     07-02-2020 07-20-2020  P   C  P    10
MAN          ACE ATHLETES EFFICIENT HEARTS 05-30-2020 06-05-2020  P  C  P     5
MAN          ACE FITNESS ASSESSMENT       05-02-2020 05-30-2020  P   C  P     5
MAN          ACE PACKET CHOLESTEROL       04-27-2020 04-27-2020  P   C  P     5
MAN          FDIC FINANCIAL EDUCATION PCKT 04-27-2020 06-05-2020  P  C  P     5
MAN          RPP2 COMMERCIAL DRIVER LICENSE 02-18-2020 04-14-2020 P  C  P    15
MAN          HISTORY CHANNEL THE EMPIRES  11-20-2019 03-24-2020  P   C  P    12
MAN          MUSIC APPRECIATION 3         11-21-2019 03-12-2020  P   C  P    12
MAN          NON VERBAL COMMUNICATION     11-21-2019 03-12-2020  P   C  P    12
MAN          MODERN MARVELS 1             11-19-2019 03-12-2020  P   C  P    12
MAN          RP5 A&O/CMC                  04-04-2019 04-04-2019  P   C  P     1
ATL DCU      DENTENTION CENTER PARENTING CL 03-22-2019 03-23-2019 P C  P    10
GIL          VT HVAC                      10-02-2018 12-20-2018  P   W  I   117
GIL          MANGA ART:SUN/MON 6:00-8:00PM 10-04-2018 11-19-2018 P  C  P    16
```

```
--------------------------- HIGH TEST SCORES ------------------------------
TEST          SUBTEST        SCORE      TEST DATE     TEST FACL   FORM      STATE
TABE A        READING        12.9       04-23-2019    MAN         9
```

```
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```



### Individualized Needs Plan - Program Review    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: BEIGHTOL, BENJAMIN  54938-039

SEQUENCE: 02050286
Team Date: 10-01-2020

| | | |
|---|---|---|
| Facility: | MAN  MANCHESTER FCI | Proj. Rel. Date: 11-13-2026 |
| Name: | BEIGHTOL, BENJAMIN | Proj. Rel. Mthd: GCT REL |
| Register No.: | 54938-039 | DNA Status: MIL08421 / 07-03-2018 |
| Age: | 32 | |
| Date of Birth: | 01-27-1988 | |

**Detainers**

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

**Current Work Assignments**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MAN | GEN MECH 2 | GENERAL MECHANIC 2 | 12-19-2019 |

**Current Education Information**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MAN | ESL HAS | ENGLISH PROFICIENT | 09-11-2018 |
| MAN | GED HAS | COMPLETED GED OR HS DIPLOMA | 09-11-2018 |

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| MAN | | ACE HANDLE DIFFICULT FEELINGS | 09-25-2020 | CURRENT |
| MAN | C | ACE MANAGE STRESS PACKET | 07-02-2020 | 07-20-2020 |
| MAN | C | ACE ATHLETES EFFICIENT HEARTS | 05-30-2020 | 06-05-2020 |
| MAN | C | ACE FITNESS ASSESSMENT | 05-02-2020 | 05-30-2020 |
| MAN | C | ACE PACKET CHOLESTEROL | 04-27-2020 | 04-27-2020 |
| MAN | C | FDIC FINANCIAL EDUCATION PCKT | 04-27-2020 | 06-05-2020 |
| MAN | C | RPP2 COMMERCIAL DRIVER LICENSE | 02-18-2020 | 04-14-2020 |
| MAN | C | HISTORY CHANNEL THE EMPIRES | 11-20-2019 | 03-24-2020 |
| MAN | C | MUSIC APPRECIATION 3 | 11-21-2019 | 03-12-2020 |
| MAN | C | NON VERBAL COMMUNICATION | 11-21-2019 | 03-12-2020 |
| MAN | C | MODERN MARVELS 1 | 11-19-2019 | 03-12-2020 |
| MAN | C | RP5 A&O/CMC | 04-04-2019 | 04-04-2019 |
| ATL DCU | C | DENTENTION CENTER PARENTING CL . | 03-22-2019 | 03-23-2019 |
| GIL | W | VT HVAC | 10-02-2018 | 12-20-2018 |
| GIL | C | MANGA ART:SUN/MON 6:00-8:00PM | 10-04-2018 | 11-19-2018 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|---|---|
| ** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ** | |

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 07-05-2018 |
| CARE1-MH | CARE1-MENTAL HEALTH | 07-27-2018 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 07-05-2018 |
| YES F/S | CLEARED FOR FOOD SERVICE | 12-20-2019 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| DAP SCREEN | DRUG ABUSE PROGRAM SCREENING | 07-21-2020 |
| ED PART R | DRUG EDUCATION PARTICIPNT-REQD | 12-18-2019 |
| NR WAIT | NRES DRUG TMT WAITING | 02-24-2020 |

**FRP Details**

| Most Recent Payment Plan |
|---|



**Individualized Needs Plan - Program Review    (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: BEIGHTOL, BENJAMIN  54938-039

SEQUENCE: 02050286
Team Date: 10-01-2020

Most Recent Payment Plan

** *NO FRP DETAILS* **

### Progress since last review

Beightol currently works as a general mechanic and receives good work reports. Beightol has completed the following classes since the last review: MANAGE STRESS PACKET, ATHLETES EFFICIENT HEARTS, FITNESS ASSESSMENT, ACE PACKET CHOLESTEROL and FDIC FINANCIAL EDUCATION. Beightol is currently enrolled ACE HANDLE DIFFICULT FEELINGS. Beightol has not received any incident reports since the last review.

### Next Program Review Goals

Remain employed as a general mechanic. Remain incident report free. Complete the current classes you are enrolled in. Enroll in two educational classes of your choosing. Enroll in a VT program.

### Long Term Goals

Remain incident report free. Complete a VT program. Continue to save $25.00 quarterly towards your release funds and attempt to reach out to friends and family for assistance with securing employment upon his release.

### RRC/HC Placement

No.
Management decision - Will review when 17-19 months from your projected release date..

### Comments

** No notes entered **

# Bureau of Prisons
# Psychology Services
# Group Participation

**SENSITIVE BUT UNCLASSIFIED**

| | | | |
|---|---|---|---|
| **Inmate Name:** | BEIGHTOL, BENJAMIN | | **Reg #:** 54938-039 |
| **Date of Birth:** | 01/27/1988 | **Sex:** M | **Facilitator:** (P)Roberts, Christopher Psych Tech |
| **Date:** | 05/05/2020 | **Group Facility:** MAN | **Group Title:** [282] Self Study Worksheet "Gambling in Prison" |

**Status:** Completed
**Enroll Date:** 06/17/2020    **End Date:** 06/17/2020
**Total Hours:** 1

WB-215

DATE REVIEWED: **04-07-2020**

INSTITUTION:     FCI MANCHESTER        UNIT:        WHITLEY B

INMATE NAME:     BEIGHTOL, Benjamin     REG NO:     54938-039

FIRST STEP ACT (Circle One):        **ELIGIBLE**     /        INELIGIBLE

RECIDIVISM RISK LEVEL (Circle One):        MINIMUM   LOW   **MEDIUM** HIGH

**April 2020 Culinary Arts class final list**

Mitchell Adams
Cedrick Baker
Benjamin Beightol
Jejuan Bradshaw
Cole Campbell
Adam Dodson
Marco Finnell
Michael Fowler
James Gann

Edward Henderson
Casey Hoefert
Eric King
Germaine McMillian
Adam Rhodes
Caleb Speir
Joey Wiseman
Timothy Yonts

The Culinary Arts class will run April thru September, Monday, Tuesday, Wednesday and Thursday afternoons from 12-3. You must attend all classes. If your job will interfere, you will need to make a choice.

If you are no longer interested in the class, please email the education box before Monday at 1:30 and let me know.

Congratulations on your selection for this course. We look forward to working with you.

R. Earl, Supervisor of Education

J. Lowery, Chef, Somerset Community College

```
    MANBF         *            INMATE DISCIPLINE DATA         *      08-06-2020
PAGE 001 OF 001 *      CHRONOLOGICAL DISCIPLINARY RECORD       *      12:29:53

REGISTER NO: 54938-039 NAME..: BEIGHTOL, BENJAMIN
FUNCTION...: PRT          FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 08-06-2020
```

```
G5463        NO ENTRIES EXIST IN CHRONOLOGICAL LOG FOR TIME PERIOD REQUESTED
```

```
  MANBF  606.00 *        MALE CUSTODY CLASSIFICATION FORM      *      10-01-2020
PAGE 001 OF 001                                                         08:44:27
                          (A) IDENTIFYING DATA
REG NO..: |54938-039|             FORM DATE: 05-08-2020         ORG: MAN
NAME....: BEIGHTOL, BENJAMIN

                                  MGTV: NONE
PUB SFTY: GRT SVRTY               MVED:
                          (B) BASE SCORING
DETAINER: (0) NONE              SEVERITY.......:  (7) GREATEST
MOS REL.: 78                    CRIM HIST SCORE: (06) 9 POINTS
ESCAPES.: (0) NONE             VIOLENCE.......:  (2) > 15 YRS SERIOUS
VOL SURR: (0) N/A               AGE CATEGORY...:  (4) 25 THROUGH 35
EDUC LEV: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                          (C) CUSTODY SCORING
TIME SERVED.....: (4) 26-75%     PROG PARTICIPAT: (2) GOOD
LIVING SKILLS...: (2) GOOD       TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT.: (3) NONE       FAMILY/COMMUN..: (4) GOOD


                --- LEVEL AND CUSTODY SUMMARY ---
BASE CUST VARIANCE  SEC TOTAL  SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
+19  +20    -2       +17       MEDIUM      N/A              IN     DECREASE


G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
    MANBF  540*23 *              SENTENCE MONITORING          *     10-01-2020
    PAGE 001        *             COMPUTATION DATA            *     08:44:48
                                 AS OF 10-01-2020
```

REGNO..: 54938-039 NAME: BEIGHTOL, BENJAMIN


```
FBI NO...........: 184231EC4          DATE OF BIRTH: 01-27-1988  AGE:  32
ARS1.............: MAN/A-DES
UNIT.............: WHITLEY B          QUARTERS.....: W04-215U
DETAINERS........: NO                 NOTIFICATIONS: NO
```

HOME DETENTION ELIGIBILITY DATE: 05-13-2026

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  11-13-2026 VIA GCT REL


---------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

```
COURT OF JURISDICTION...........: MICHIGAN, EASTERN DISTRICT
DOCKET NUMBER...................: 0645 5:14CR20425 (12
JUDGE...........................: LEVY
DATE SENTENCED/PROBATION IMPOSED: 06-12-2018
DATE COMMITTED..................: 08-28-2018
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

```
                  FELONY ASSESS  MISDMNR ASSESS  FINES      COSTS
NON-COMMITTED.: $100.00        $00.00          $00.00      $00.00
```

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $00.00

  REMARKS.......: 0645 5:14CR20425 (12)

----------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  545    18:1962 RACKETEER (RICO)
OFF/CHG: 18:1962(D)AND 1963(A)/RICO CONSPIRACY CT1SSS

```
 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:  120 MONTHS
 TERM OF SUPERVISION............:    3 YEARS
 DATE OF OFFENSE................: 08-17-2016
```

G0002      MORE PAGES TO FOLLOW . . .

```
MANBF  540*23 *            SENTENCE MONITORING           *    10-01-2020
PAGE 002 OF 002 *           COMPUTATION DATA             *    08:44:48
                           AS OF 10-01-2020
```

REGNO..: 54938-039 NAME: BEIGHTOL, BENJAMIN


------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 01-06-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 08-10-2018 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN..........: 06-12-2018
TOTAL TERM IN EFFECT............:  120 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:   10 YEARS
EARLIEST DATE OF OFFENSE........: 08-17-2016

JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                    08-18-2016     08-19-2016
                                    05-09-2018     06-11-2018

TOTAL PRIOR CREDIT TIME.........: 36
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 540
TOTAL GCT EARNED................: 108
STATUTORY RELEASE DATE PROJECTED: 11-13-2026
ELDERLY OFFENDER TWO THIRDS DATE: 01-05-2025
EXPIRATION FULL TERM DATE.......: 05-06-2028
TIME SERVED.....................:    2 YEARS     4 MONTHS     25 DAYS
PERCENTAGE OF FULL TERM SERVED..:  24.0
PERCENT OF STATUTORY TERM SERVED:  28.2

PROJECTED SATISFACTION DATE.....: 11-13-2026
PROJECTED SATISFACTION METHOD...: GCT REL
```

REMARKS.......: 1-6-20 GCT UPDATED PURSUANT TO FSA R/JMD.




S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE

BP-A148.055
SEP 98

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

**INMATE REQUEST TO STAFF**

| TO:(Name and Title of Staff Member) WARDEN J. GILLEY | DATE: 8-19-20 |
|---|---|
| FROM: BENJAMIN BEIGHTOL | REGISTER NO.: 54938-039 |
| WORK ASSIGNMENT: 6m2 | UNIT: W.B. CELL #215 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I AM REQUESTING COMPASSIONATE RELEASE DUE TO COVID-19 WHICH DUE TO MY INCARCERATION, GREATLY AFFECTS NOT ONLY MY LIFE, BUT THE LIVES OF MY FAMILY. (MY FIANCÉE AND 4 CHILDREN).

A BRIEF MEDICAL HISTORY OF MYSELF, WHEN I WAS AN EARLY TEEN, I HAD BACTERIAL PNEUMONIA IN MY LUNGS AND WAS HOSPITALIZED, WHICH SCARRED MY LUNGS. (THIS WAS AT A HOSPITAL IN THE BERRIEN COUNTY MI. HEALTH SYSTEM). AND I SUFFER FROM HYPOTHYROIDISM.

— CONTINUES ON ATTACHED PAGES 2, 3, & 4

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
|  |  |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

**SECTION 6**

C.C.                              - PAGE 1 -

IF I WAS TO PASS DUE TO COVID-19 WHILE INCARCERATED AT F.C.I. MANCHESTER IT WOULD GREATLY AFFECT MY FAMILY, AND THEY WOULD SUFFER.

I HAVE A FIANCÉE (T'MANDA HILT), 2 STEP-CHILDREN (CRUZ & JULIAN RAMIREZ), AND 2 CHILDREN (ALONZO & BENICIO BEIGHTOL). WHICH WE RAISE TOGETHER UNDER THE SAME HOUSEHOLD.

SINCE MY INCARCERATION MY SON (ALONZO BEIGHTOL) HAS BEEN DIAGNOSED WITH MILD AUTISM, AND SUFFERS FROM BEHAVIORAL PROBLEMS. (WHICH ACCORDING TO HIS THERAPIST STEM FROM THE FACT I'M INCARCERATED & ITS HARD FOR HIM TO COPE WITH HIS FATHER BEING GONE).

ALSO SINCE MY INCARCERATION MY FIANCÉE (T'MANDA HILT) WENT BACK TO SCHOOL AND FINISHED WITH HONORS. SHE'S BEEN TRYING HARD TO GET INTO THE MEDICAL FIELD, BUT DUE TO MY INCARCERATION AND THE COVID-19 PANDEMIC, IT HAS BEEN CONSIDERABLY HARD ON HER. SHE HAS STRUGGLED WITH MAINTAINING EMPLOYMENT, DUE TO NOT HAVING A RELIABLE BABY-SITTER, AND EVEN MORE SO NOW CAUSE OF COVID-19. SHE HASN'T WORKED A FULL TIME JOB SINCE MY INCARCERATION.

WHICH WASN'T THE PROBLEM WHEN I WAS OUT. WE BOTH WORKED DIFFERENT SCHEDULES, AND HAD Ø ISSUES RAISING OUR CHILDREN AND MAINTAINING OUR HOUSEHOLD. BUT DUE TO COVID-19, & MY INCARCERATION, THIS IS IMPOSSIBLE FOR HER TO DO.

C.C.                           - PAGE 2 -

SINCE BEING INCARCERATED IN THE BOP, I HAVE NOT RECEIVED ANY DISCIPLINARY REPORTS Ø.

I HAVE ALSO COMPLETED THE FOLLOWING PROGRAMS, - MANGA ART CLASS, - ATLANTA DCU PARENTING CLASS, - ACE CLASS MODERN MARVELS, - ACE CLASS NON VERBAL COMMUNICATION, - ACE CLASS MUSIC APPRECIATION - ACE CLASS THE EMPIRES, - COMMERCIAL DRIVER LICENSE 1

AND SINCE THE COVID-19 LOCKDOWN STARTING ON APRIL 1ST 2020, I'VE ALSO COMPLETED THE FOLLOWING PROGRAMS, - FDIC FINANCIAL EDUCATION, - ACE CLASS CHOLESTEROL, - ACE CLASS FITNESS ASSESSMENT, - ACE CLASS ATHLETES EFFICIENT HEARTS, AND - PSYCHOLOGY PRISON GAMBLING CLASS.

ALSO PRIOR TO THE LOCKDOWN I WAS A ½ DAY AWAY FROM COMPLETING THE DRUG EDUCATION CLASS, AND WAS ENROLLED TO START THE COLLEGE CULINARY ARTS PROGRAM, & SIGNED UP FOR THE NON-RES DRUG PROGRAM AND THE NATIONAL PARENTING CLASS, WHICH I'M ON THE WAITING LIST FOR BOTH.

I HAVE ALSO MAINTAINED A JOB WHILE INCARCERATED, I WORK FOR FACILITIES, AND RECEIVE GOOD WORK REPORTS.

UPON RELEASE MY PLAN IS TO LIVE WITH MY FIANCÉE AND CHILDREN, AT 348 JOSEPHINE, DETROIT MI. 48202. TO READILY GO BACK TO WORK. I HAVE A GOOD WORK HISTORY AND RESUME PRIOR TO INCARCERATION. I'VE BEEN A TEAM LEADER & A SUPERVISOR BEFORE, & WILL BE EASY TO OBTAIN EMPLOYMENT. MY FIANCÉE & I WILL BALANCE OUR WORK SCHEDULES AS BEFORE, WHICH WILL ALLOW US BOTH TO WORK FULL-TIME AND MAINTAIN OUR HOUSEHOLD.

C.C.

- PAGE 3 -

IT IS ALSO OUR PLAN TO RELOCATE AWAY FROM DETROIT, TO NASHVILLE TENNESSEE

MY FIANCEE'S MOTHER, GRANDMOTHER, & BROTHER HAVE ALREADY RELOCATED DOWN THERE YEARS AGO, & HAVE A GREAT FOUNDATION, AND THERES BETTER JOB OPPORTUNITIES WHICH IVE ALREADY LOOKED INTO, AND GOING TO SCHOOL FOR A TRADE.

BOTH MY MOTHER & FATHER ARE DECEASED, SO IT WOULD ALSO BE GOOD TO HAVE FAMILY AROUND AS AN ADDED SUPPORT SYSTEM, BY RELOCATING TO TENNESSEE.

ALSO I HAVE ALREADY BEEN IN CONTACT WITH THE OAKLAND COUNTY MI. CLERK, AND I WILL BE GETTING MY RECORD FOR POSSESSION OF MARIJUANA, & DISORDERLY PERSON FULLY EXPUNGED NEXT YEAR (AT THE 5 YEAR MARK). WHICH WILL CLEAR UP MOST OF MY ADULT RECORD.

ALSO ID LIKE TO NOTE MY CURRENT CHARGE (1 COUNT OF RICO) WHICH IM INCARCERATED FOR, STEMS FROM YEARS BEFORE I HAD MY CHILDREN AND MET MY FIANCEE. AT THE TIME I WAS CHARGED I MAINTAINED FULL EMPLOYMENT, & WAS A FAMILY MAN. A CLASSIC CASE OF YOUR PAST CATCHING UP TO YOU, WHICH I DID & DO TAKE FULL RESPONSIBILITY FOR. PRIOR TO INCARCERATION I WAS ALREADY IN THE PROCESS OF GETTING MY GANG TATTOOS REMOVED, & UPON RELEASE I WILL FINISH THAT PROCESS. NOT ONLY CAUSE IM DONE WITH THAT LIFESTYLE, BUT ALSO TO BETTER MY CAREER, & NOT BE PLAGUED BY THEM.

I HAVE A GREAT FAMILY, & SUPPORT SYSTEM, AND WOULD GREATLY APPRECIATE THE OPPORTUNITY TO HELP MY FAMILY DURING THESE TIMES, & TO BE IN A SAFER ENVIRONMENT DURING THE COVID-19 PANDEMIC, WITH BETTER ACCESS TO & BETTER MEDICAL CARE.

- PLEASE RESPOND IN WRITING, AS I MUST ATTACH YOUR APPROVAL/DENIAL TO MY FEDERAL JUDGE.     THANK YOU FOR YOUR TIME.

C.C.

- PAGE 4 -

BEIGHTOL #54938-039